27 F.3d 555
 Briehler (Roy P.)
v.
Constellation Bank, f/k/a National State Bank, A.N.J.
Banking Corporation, Nestle, U.S.A., A.N.Y. Corp., Snapple
Beverage Corp., A.N.Y. Corp., House of Seagram, A.N.Y.
Corp., American Natural Beverage Corp., A.N.Y. Corp., White
Rock Products Corp., A.N.Y. Corp., Shula, Inc., A.N.J.
Corp., Jomac Packaging Services, Inc., A.N.J. Corp.,
Jomac/Rumac Packaging Services, Inc., A.N.J. Co., McLaughlin
(John), President of Jomac Packaging Services, Inc.
 NO. 93-5772
 United States Court of Appeals,
Third Circuit.
 May 10, 1994
 
 1
 Appeal From: D.N.J.
 
 
 2
 AFFIRMED IN PART, VACATED IN PART.